# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 09-CV-998 BR |
| v. | ORDER OF DISMISSAL |
| RENE ACCARDO, | |
| Defendant. | |

After considering Plaintiff's Motion to Dismiss and upon good cause shown, IT IS HEREBY ORDERED that the above-entitled civil action be dismissed.

DATED this 10th day of November, 2010.

_____
ANNA J. BROWN
United States District Judge

PRESENTED BY:

DWIGHT C. HOLTON
United States Attorney

_____
ROBERT D. NESLER
Assistant United States Attorney